**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

**IN RE: MARTIN COOK,**　　　　　　　　　Case No. 17-20192
　　　　　　　　　　　　　　　　　　　　　**Chapter 13 (Judge TRACEY N. WISE)**

　　　**Debtor**

## MOTION FOR FIRST DAY ORDER
## REGARDING EXTENSION OF AUTOMATIC STAY

　　　The Debtor, pursuant to 11 U.S.C. 362(c)(3), moves for the entry of an Order extending the automatic stay.

　　　This case was filed on February 17, 2017. A single or joint bankruptcy case was pending against the Debtor within the previous year which was dismissed. The previous case was not re-filed after a 11 U.S.C. 707(b) dismissal. Therefore, pursuant to 11 U.S.C. 362(c)(3)(A), the automatic stay expires 30 days from the filing date of this case.

　　　Pursuant to 11 U.S.C. 362(c)(3)(B), the Debtor requests that the Court order the stay to continue as to the following creditors:

　　　　　　　　　*See Attached Creditor Matrix*

　　　The Debtor states that this case has been filed in good faith as to the above creditors for the following reasons:

　　　1. In Debtor's previous case, he encountered substantial unexpected post-petition expenses, including auto repairs and expenses associated with Debtor's attempts to assist an adult child with unemployment issues.

　　　2. Debtor was also attempting to maintain and pay for two cars in the previous case, but Debtor will only be retaining one car in this case, and the Plan payment will consequently be lower than in the first case.

　　　3. Debtor began caring for his disabled and unemployed brother. Debtor devoted substantial income to the assistance of his brother. Debtor's brother has since passed away (February 2, 2017).

　　　4. There will a Payroll Order in this case, and Debtor advises he has no reason to believe there will be any interruptions in Plan payments. <u>See attached Affidavit</u>.

　　　The Debtor states that the above reasons rebut the presumption of lack of good faith set forth in 11 U.S.C. 362(c)(3)(C) by clear and convincing evidence.

        Respectfully submitted,

        /s/Eric A. Steiden
        Eric A. Steiden, Attorney for Debtor
        (#88321)
        Steiden Law Offices
        411 Madison Avenue
        Covington, KY 41011
        (513) 777-7500
        (859) 777-7500
        (513) 684-9900 (Facsimile)
        esteiden@steidenlaw.com

## **NOTICE OF MOTION TO EXTEND THE AUTOMATIC STAY**

The Debtor's attorney has filed papers with the Court to extend the automatic stay.

<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

## **NOTICE OF HEARING**

All parties shall take notice that a hearing on the Debtor's Motion to Extend the Automatic Stay shall be heard on the 14th day of March, 2017, at 10:00 a.m., at the <u>U.S. Bankruptcy Court, 35 West 5th Street, Covington, KY 41011</u>.

Date:  February 17, 2017        Eric A. Steiden
        Eric A. Steiden, Attorney for Debtor
        (#88321)
        Steiden Law Offices
        411 Madison Avenue
        Covington, KY 41011
        (513) 777-7500
        (859) 777-7500
        (513) 684-9910 (Facsimile)
        esteiden@steidenlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2017, a copy of the foregoing Motion for First-Day Oder Regarding Extension of the Automatic Stay regarding the extension of the automatic stay was served on the following parties:

                /s/Eric A. Steiden
                Debtor's Attorney

BNC Service:

AUST
Beverly Burden, Chapter 13 Trustee

Martin Cook
1113 Banklick, #1
Covington, KY 41011

\*\*\*All creditors on the attached creditor matrix.

ACB American, Inc.
P. O. Box 2548
Cincinnati OH 45201-2548


acb Recovery
PO Box 2548
Cincinnati OH 45201-2548


Account Control Technology, Inc.
6918 Owensmouth Avenue
PO Box 8012
Dept. 2374231-NTC2
Canoga Park CA 91309-8012


Boone County Clerk of Courts
2950 Washington Street
Burlington KY 41005


CBCS
PO Box 69
Columbus OH 43216


CBCS 35
PO Box 163279
Columbus OH 43216-1838


Christ Hospital
PO Box 711943
Cincinnati OH 45271-1943


Christ Hospital
PO Box 3475
Toledo OH 43607


Complete Recovery Services, Inc.
3500 5th Street
Northport AL 35476


Credit Collection Services
Two Wells Avenue
Newton MA 02459


Credit Collection Services
725 Canton Street
Norwood MA 02062

```
Credit Protection
13355 Noel Road
Dallas TX 75240


D.A.V.'S Complete Auto Repair
4024 Plainville Road
Cincinnati OH 45227


Dick Scott Plumbing
619 Delhi Avenue
Cincinnati OH 45204


Duke Energy Bankruptcy Department
139 East 4th Street
Cincinnati OH 45201


Eagle Loan
7791 Dixie Highway B
Florence KY 41042


Finney, Stagnaro, Saba & Patterson Co.
2623 Erie Avenue
Cincinnati OH 45208


Geico Indemnity Company
Payment Processing Center-27
PO Box 55126
Boston MA 02205-5126


Goggins & Lavintman
Suite 270
1295 Northland Drive
Saint Paul MN 55120


Insight Communications
7906 Dixie Hwy
Florence KY 41042-2737


Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346


IRS
PO Box 7346
Philadelphia PA 19101-7346
```

```
Liberty Mutual Group
8119 Connector Drive
Florence KY 41042


Mulcahy Dental Associates
8433 US Highway 42
Florence KY 41042


Ohio Attorney General
150 East Gay Street
Columbus OH 43215


Ohio Dept. of Job & Family Services
PO Box 182404
Columbus OH 43218-2404


Overbeck Auto Services, Inc.
6403 Madison Road
Cincinnati OH 45227-2023


PFSC Inc.
2831 Gilbert Avenue
Cincinnati OH 45206


Prestige Financial
PO Box 26707
Salt Lake City UT 84126


Professional  Radiology Inc.
PO Box 630110
Cincinnati OH 45263-0110


Professional Diagnostic Services LLC
PO Box 636886
Cincinnati OH 45263-6886


Professional Radiology, Inc.
PO Box 630110
Cincinnati OH 45263-0110


Receivable Solutions Specialists, Inc.
PO Box 669
Natchez MS 39121-0669
```

Sims Furniture
727 Madison
Covington KY 41011


Spectrum
PO Box 429542
Cincinnati OH 45242


St. Elizabeth Healthcare
One Medical Village Drive
Edgewood KY 41017


St. Elizabeth Medical Center
401 E. 20th Street
Covington KY 41014


Time Warner Cable
11252 Cornell Park Drive
Cincinnati OH 45242-1812


US Department of Education
National Payment Center
PO Box 105028
Atlanta GA 30348-5028


US Department of Education
501 Bleeker Street
Utica NY 13501


Verizon Wireless
700 Cranberry Woods Drive
Cranberry Township PA 16066


You Save Auto Repair, LLC
1042 Russell Street
Covington KY 41011

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | | |
|---|---|---|
| In RE: | : | Case No. 17-<br>Chapter 13 |
| **Martin Joseph Cook,** | : | |
| | | Judge WISE |
| | : | |
| Debtor | | **AFFIDAVIT OF DEBTOR** |
| | : | |

STATE OF KENTUCKY    )
                     ) ss:
COUNTY OF KENTON     )

  The undersigned, Martin Cook, having been first duly cautioned and sworn, states and aver that:

  1. I am over the age of eighteen years and I am competent to testify to the facts contained in this Affidavit.

  2. I have personal knowledge of each and every fact herein averred.

  3. Debtor's previous case failed because Debtor had substantial unexpected post-petition expenses, including auto repairs and expenses associated with Debtor's attempts to assist an adult child with unemployment issues.

  4. Debtor was also attempting to maintain and pay for two cars in the previous case, but Debtor will only be retaining one car in this case, and the Plan payment will consequently be lower than in the first case.

  4. Debtor began caring for his disabled and unemployed brother. Debtor devoted substantial income to the assistance of his brother. Debtor's brother has since passed away (February 2, 2017).

  5. There will a Payroll Order in this case, and Debtor advises he has no reason to believe there will be any interruptions in Plan payments.

Further, Affiant sayeth naught.

_____
Martin Cook

Sworn before me, and subscribed in my presence, by the said Martin Cook, on this, the 16th day of February, 2017.

_____
NOTARY PUBLIC



**ERIC A. STEIDEN**
Notary Public, Kentucky
State At Large
My Commission Expires
1-12-2020
Notary ID# 548451