| | | |
|---|---|---|
| Label Matrix for local noticing<br>0643-2<br>Case 17-20192-tnw<br>Eastern District of Kentucky<br>Covington<br>Thu Sep 30 15:08:40 EDT 2021 | Lexington-Fayette Urban County Government<br>c/o Amerinat<br>8121 E. Florence<br>Downey, CA 90240-3913 | United States Bankruptcy Court<br>Eastern District of Kentucky<br>100 E Vine Street  Ste 200<br>Lexington, KY 40507-1430 |
| (p)JC CHRISTENSEN & ASSOC<br>PO BOX 519<br>SAUK RAPIDS MN 56379-0519 | ACCOUNT CONTROL TECHNOLOGY, INC.<br>6918 OWENSMOUTH AVENUE<br>PO BOX 8012<br>DEPT. 2374231-NTC2<br>CANOGA PARK CA 91309-8012 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>VERIZON<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 |
| BOONE COUNTY CIRCUIT COURT<br>625 ROGERS LANE<br>BURLINGTON, KY 41005 | BOONE COUNTY CLERK OF COURTS<br>2950 WASHINGTON STREET<br>BURLINGTON KY 41005-8599 | CBCS<br>PO BOX 69<br>COLUMBUS OH 43216 |
| CBCS 35<br>PO BOX 163279<br>COLUMBUS OH 43216-3279 | CHRIST HOSPITAL<br>PO BOX 3475<br>TOLEDO OH 43607-0475 | CHRIST HOSPITAL<br>PO BOX 711943<br>CINCINNATI OH 45271-1943 |
| COMPLETE RECOVERY SERVICES, INC.<br>3500 5TH STREET<br>NORTHPORT AL 35476-4723 | CREDIT COLLECTION SERVICES<br>725 CANTON STREET<br>NORWOOD MA 02062-2679 | CREDIT COLLECTION SERVICES<br>TWO WELLS AVENUE<br>NEWTON MA 02459-3225 |
| (p)CREDIT PROTECTION ASSOCIATION LP<br>PARKWAY CENTER V<br>2500 DALLAS PARKWAY SUTIE 500<br>PLANO TX 75093-4805 | D.A.V.'S COMPLETE AUTO REPAIR<br>4024 PLAINVILLE ROAD<br>CINCINNATI OH 45227-3243 | DICK SCOTT PLUMBING<br>619 DELHI AVENUE<br>CINCINNATI OH 45204-1295 |
| DUKE ENERGY BANKRUPTCY DEPARTMENT<br>139 EAST 4TH STREET<br>CINCINNATI OH 45202-4003 | EAGLE LOAN<br>7791 DIXIE HIGHWAY B<br>FLORENCE KY 41042-2602 | ECMC<br>PO BOX 16408<br>ST. PAUL, MN 55116-0408 |
| FINNEY, STAGNARO, SABA & PATTERSON CO.<br>2623 ERIE AVENUE<br>CINCINNATI OH 45208-2001 | GEICO INDEMNITY COMPANY<br>PAYMENT PROCESSING CENTER-27<br>PO BOX 55126<br>BOSTON MA 02205-5126 | GOGGINS & LAVINTMAN<br>SUITE 270<br>1295 NORTHLAND DRIVE<br>SAINT PAUL MN 55120-1373 |
| INSIGHT COMMUNICATIONS<br>7906 DIXIE HWY<br>FLORENCE KY 41042-2737 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LIBERTY MUTUAL GROUP<br>8119 CONNECTOR DRIVE<br>FLORENCE KY 41042-1469 | MERCY MEDICAL ASSOCIATES-EPIC<br>C/O KEVIN B WILSON LAW OFFICES<br>2810 WALKER RD STE 102<br>CHATTANOOGA, TN 37421-1666 | MULCAHY DENTAL ASSOCIATES<br>8433 US HIGHWAY 42<br>FLORENCE KY 41042-9679 |

| | | |
|---|---|---|
| (p)OHIO ATTORNEY GENERAL'S OFFICE<br>ATTN ATTN BANKRUPTCY UNIT COLLECTIONS ENFORCEMENT<br>30 E BROAD ST<br>14TH FLOOR<br>COLUMBUS OH 43215-3414 | OHIO DEPARTMENT OF TAXATION<br>BANKRUPTCY DIVISION<br>P.O. BOX 530<br>COLUMBUS, OH 43216-0530 | (p)OHIO DEPARTMENT OF JOBS AND FAMILY SERVICE<br>ATTN DONN D ROSENBLUM<br>P O BOX 182404<br>COLUMBUS OHIO 43218-2404 |
| OVERBECK AUTO SERVICES, INC.<br>6403 MADISON ROAD<br>CINCINNATI OH 45227-2023 | PFSC INC.<br>2831 GILBERT AVENUE<br>CINCINNATI OH 45206 | PRESTIGE FINANCIAL<br>PO BOX 26707<br>SALT LAKE CITY UT 84126-0707 |
| PROFESSIONAL RADIOLOGY INC.<br>PO BOX 630110<br>CINCINNATI OH 45263-0110 | PROFESSIONAL DIAGNOSTIC SERVICES LLC<br>PO BOX 636886<br>CINCINNATI OH 45263-6886 | RECEIVABLE SOLUTIONS SPECIALISTS, INC.<br>PO BOX 669<br>NATCHEZ MS 39121-0669 |
| SIMS FURNITURE<br>727 MADISON<br>COVINGTON KY 41011-2477 | SPECTRUM<br>PO BOX 429542<br>CINCINNATI OH 45242-9542 | ST ELIZABETH PHYSICIAN SERVICES<br>PO BOX 636324<br>CINCINNATI, OH 45263-6324 |
| ST ELIZABETH PHYSICIANS<br>PO BOX 635283<br>CINCINNATI, OH 45263-5283 | (p)ST ELIZABETH HEALTHCARE<br>1 MEDICAL VILLAGE DR<br>EDGEWOOD KY 41017-3403 | TIME WARNER CABLE<br>11252 CORNELL PARK DRIVE<br>CINCINNATI OH 45242-1812 |
| U.S. Trustee<br>100 E Vine St #500<br>Lexington, KY 40507-1441 | (p)U S DEPARTMENT OF EDUCATION<br>P O BOX 5609<br>GREENVILLE TX 75403-5609 | US DEPARTMENT OF EDUCATION<br>NATIONAL PAYMENT CENTER<br>PO BOX 105028<br>ATLANTA GA 30348-5028 |
| VERIZON WIRELESS<br>700 CRANBERRY WOODS DRIVE<br>CRANBERRY TOWNSHIP PA 16066-5213 | WORLD ACCEPTANCE CORPORATION<br>ATTN: BANKRUPTCY PROCESSING CENTER<br>PO BOX 6429<br>GREENVILLE, SC 29606-6429 | YOU SAVE AUTO REPAIR, LLC<br>1042 RUSSELL STREET<br>COVINGTON KY 41011-3065 |
| Beverly M. Burden<br>PO Box 2204<br>Lexington, KY 40588-2204 | Eric A Steiden<br>Steiden Law Offices<br>411 Madison Avenue<br>Covington, KY 41011-1519 | Martin Joseph Cook<br>1113 Banklick Street, Apt. 1<br>Covington, KY 41011-4102 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| ACB AMERICAN, INC.<br>P. O. BOX 2548<br>CINCINNATI OH 45201-2548 | (d)ACB RECOVERY<br>PO BOX 2548<br>CINCINNATI OH 45201-2548 | CREDIT PROTECTION<br>13355 NOEL ROAD<br>DALLAS TX 75240 |

```
OHIO ATTORNEY GENERAL              OHIO DEPT. OF JOB & FAMILY SERVICES    ST. ELIZABETH HEALTHCARE
150 EAST GAY STREET                PO BOX 182404                          ONE MEDICAL VILLAGE DRIVE
COLUMBUS OH 43215                  COLUMBUS OH 43218-2404                 EDGEWOOD KY 41017


(d)ST. ELIZABETH MEDICAL CENTER    US DEPARTMENT OF EDUCATION
401 E. 20TH STREET                 501 BLEEKER STREET
COVINGTON KY 41014                 UTICA NY 13501
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)PROFESSIONAL RADIOLOGY, INC.    End of Label Matrix
PO BOX 630110                      Mailable recipients    53
CINCINNATI OH 45263-0110           Bypassed recipients     1
                                   Total                  54
```